# ZIMMERMAN | REED

February 1, 2024

**Via ECF**

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

Re: **Joint Letter Motion to Consolidate Actions**
*Shapiro, et al. v. Peacock TV LLC*, Case No. 7:23-cv-06345-KMK ("*Shapiro* action")
*Weiss, et al. v. Peacock TV, LLC*, Case No. 7:23-cv-11037-KMK ("*Weiss* action")

Dear Judge Karas:

My firm represents the Plaintiffs in the *Shapiro* action referenced above. I write with the consent of the Plaintiffs in the *Weiss* action referenced above and the consent of the Defendant in both actions referenced above, Peacock TV LLC.

Counsel for the Plaintiffs in *Shapiro*, counsel for the Plaintiffs in *Weiss*, and counsel for the Defendant have agreed to consolidate the *Shapiro* and *Weiss* actions into the *Shapiro* action.

The Parties having agreed the consolidation of *Weiss, et al. v. Peacock TV, LLC*, Case No. 7:23-cv-11037-KMK with *Shapiro, et al. v. Peacock TV LLC*, Case No. 7:23-cv-06345-KMK pursuant to Rule 42(a)(2) of the Federal Rules of Civil Procedure, the Parties now jointly move for the Court to enter a written order consolidating the *Weiss* action with the *Shapiro* action, and directing the Clerk to consolidate the *Weiss* case number 7:23-cv-11037-KMK into the *Shapiro* case number 7:23-cv-06345-KMK, and directing that all future pleadings shall bear the case number 7:23-cv-06345-KMK.

Granted. The Parties are to submit a proposed order reflecting the consolidation by 2/6/24.

So Ordered.
2/2/24

Respectfully submitted,

/s/ Jeffrey J. Harrington
Jeffrey J. Harrington (*pro hac vice*)
ZIMMERMAN REED LLP
80 South 8th Street, Suite 1100
Minneapolis, MN 55402
T: (612) 341-0400
E: jeffrey.harrington@zimmreed.com
*Counsel for Plaintiffs Shapiro et al.*

CC: All counsel of record in *Shapiro* (via ECF)

Manuel Hiraldo, Plaintiffs' lead counsel for Plaintiffs Weiss et. al.
(via email mhiraldo@hiraldolaw.com)