UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

SCOTT SHAPIRO, COREY AMUNDSON, AND TANYA MARSHALL, on behalf of themselves and all others similarly situated,

                         Plaintiffs

          -v-

PEACOCK TV LLC,

                        Defendant.
-------------------------------------------------------X

Case No. 7:23-cv-06345-KMK

[~~PROPOSED~~] ORDER GRANTING JOINT LETTER MOTION TO CONSOLIDATE ACTIONS PURSUANT TO RULE 42(A)(2) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Having considered and granted the Joint Letter Motion to Consolidate Actions (ECF 25), and pursuant to Rule 42(a)(2) of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED**:

That the action filed as *Weiss, et al. v. Peacock TV, LLC*, Case No.7:23-cv-11037-KMK is consolidated with the action filed as *Shapiro, et al. v. Peacock TV LLC*, Case No. 7:23-cv-06345-KMK. The Clerk is directed to consolidate the *Weiss* case number 7:23-cv-11037-KMK into the *Shapiro* case number 7:23-cv-06345-KMK. All future pleadings shall bear the case number 7:23-cv-06345-KMK.

**SO ORDERED** this  5th  day of February, 2024.

                                                           Hon. Kenneth M. Karas
                                                           UNITED STATES DISTRICT JUDGE

1