UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

SCOTT SHAPIRO, COREY AMUNDSON,
AND TANYA MARSHALL, on behalf of
themselves and all others similarly situated,

                Plaintiffs

    -v-                                       Case No. 7:23-cv-06345-KMK

PEACOCK TV LLC,

                Defendant.
-------------------------------------------------------X

## [~~PROPOSED~~] ORDER GRANTING STIPULATION

Upon presentation of the parties' stipulation and good cause appearing, **IT IS HEREBY ORDERED THAT**:

1. The status conference presently scheduled for May 30, 2025 at 10:00 a.m., is continued to ~~September 2, 2025 at 10:00 a.m.~~ 9/25/25, at 10:00 AM ~~for _____~~; and

2. This action is stayed pending mediation until ~~September 2, 2025~~. 9/25/25.

**SO ORDERED** this 29th day of May 2025.

                                                                      Hon. Kenneth M. Karas
                                                                      UNITED STATES DISTRICT JUDGE